UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                         )
   SHAWN D. STAHLEY                  )
                                                       ) Case No. 19-80511
                                                       )
   Debtor.                                 ) Chapter 13

## MOTION TO DISMISS FOR
## FAILURE TO MAKE PLAN PAYMENTS

NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee for the Trustee's Motion to Dismiss for Failure to Make Plan Payments states to the Court as follows:

1. Marsha L. Combs-Skinner is the duly appointed Trustee for the above captioned case.

2. This Plan is not confirmed. Proposed Plan payments were to be in the amount of $2,550.00.

3. As of the date of the filing of this Motion, the Debtor has failed to make several payments, as required under the Plan and now owe $7,650.00.

WHEREFORE, Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, prays that the Court Grant the Trustee's Motion to Dismiss Chapter 13 for Failure to Make Plan Payments.

Respectfully Submitted,

/s/Marsha L. Combs-Skinner
Marsha L. Combs-Skinner,
Chapter 13 Standing Trustee in Bankruptcy
108 S. Broadway
P.O. Box 349
Newman, IL 61942
Telephone: 217-837-9730
E-Mail: Marsha@ch13cdil.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served upon, Spencer Lee Daniels, Attorney for the Debtor, and the United States Trustee, by electronic notification through ECF on November 20, 2019, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Shawn D. Stahley
28105 Allentown Road
Tremont, IL 61568

                                                      By: /s/ Marsha L. Combs-Skinner
                                                            Marsha L. Combs-Skinner
                                                            Chapter 13 Standing Trustee