## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

In re:                              )
STAHLEY, SHAWN D.                   )   Case Number 19-80511
    Debtor.                         )   (Chapter 13)
                                    )

## RESPONSE TO MOTION TO DISMISS

NOW COMES the Debtor, SHAWN D. STAHLEY, by and through his Attorney, SPENCER LEE DANIELS, and for his response to the Motion to Dismiss, states as follows:

1.    That the Debtor admits that he is delinquent with his Chapter 13 Plan payments.

2.    That the Debtor will attempt to make acceptable payment arrangements prior to the scheduled hearing.

Wherefore the Debtor requests the Court to deny the Motion to Dismiss Chapter 13 Proceedings filed by the Trustee.

                                          SHAWN D. STAHLEY

                        By:    ***/s/ Spencer Lee Daniels***
                                His Attorney

Spencer Lee Daniels, Esq.
Attorney for the Debtor
411 Hamilton Boulevard, Suite 1708
Peoria, Illinois 61602
Telephone:  (309) 673-1400
Facsimile:  (309) 673-3960
Email:  danielslaw@sbcglobal.net

## **PROOF OF SERVICE**

The undersigned hereby certifies that a copy of the above document was sent via Electronic Mail to the following on the 20th day of November, 2019:

United States Trustee, 401 Main Street, Suite 1100, Peoria, Illinois 61602

Marsha Combs-Skinner, Chapter 13 Standing Trustee, Central District of Illinois, Post Office Box 349, Newman, Illinois 61942

*/s/ Susan K. Benedict*
Susan K. Benedict, Legal Assistant

SPENCER LEE DANIELS, ESQ.
Attorney for the Debtor
411 Hamilton Boulevard, Suite 1708
Peoria, Illinois 61602
Telephone: (309) 673-1400
Facsimile: (309) 673-3960
Email: danielslaw@sbcglobal.net