Form 13hrgobj

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602−1003

---

*In Re:* Shawn D. Stahley         *Case No.:* 19−80511
*Debtor*

*Chapter:* 13

---

### HEARING AND OBJECTION DATE NOTICE RE: MOTION TO DISMISS CHAPTER 13

**Notice is hereby provided:**

On **11/20/19**, the Chapter 13 Trustee filed a motion to dismiss this case for the following reason:

- ☑ Failure on the part of the debtor(s) to make the required monthly payments.
- ☐ the plan is no longer viable.
- ☐ Other:

**If you do not want the Court to dismiss your case,** you or your attorney must file a written objection on or before **12/13/19.** Failure to file a written response by this date will result in dismissal without further notice or hearing.

**If an objection or response is filed, it will be heard on 1/6/20 at 02:15 PM in Federal Building, Room 121, 100 NE Monroe Street, Peoria, IL 61602. This will be your only notification of the hearing.** This hearing will remain on the calendar until such time as the case is dismissed or the trustee withdraws the motion.

Dated: 11/20/19

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／S／  Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

United States Bankruptcy Court
Central District of Illinois

In re:                                                                    Case No. 19-80511-tlp
Shawn D. Stahley                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0753-1          User: ckey              Page 1 of 1            Date Rcvd: Nov 20, 2019
                              Form ID: 13hrgobj       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2019.
db             +Shawn D. Stahley,    28105 Allentown Road,    Tremont, IL 61568-9462

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:
              Amira L. Vicari Hills    on behalf of Creditor    Redbrand Credit Union avhills@wjnklaw.com
              Marsha L Combs-Skinner    Trusteecs@Danville13.com,
               marsha@Ch13CDIL.com;marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com;marsha@ch13cdil.com
              Michael William Huseman    on behalf of Creditor    Alexander Lumber Co. mhuseman@dreyerfoote.com
              Richard  Aronow    on behalf of Creditor    Wells Fargo Bank, N.A raronow@logs.com,
               bk_il_notice@fisherandshapirolaw.com
              Richard  Aronow    on behalf of Creditor    Wells Fargo Bank, N.A. raronow@logs.com,
               bk_il_notice@fisherandshapirolaw.com
              Robert M. Ropp    on behalf of Trustee Marsha L Combs-Skinner rob@ch13cdil.com
              Spencer Lee Daniels    on behalf of Debtor Shawn D. Stahley danielslaw@sbcglobal.net
              U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
                                                                                             TOTAL: 8